# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4274
_____

LAURIE M. COSTELLO,

Appellant,

v.

CITY OF ARCHER, FLORIDA, and
FLORIDA CROSSROADS
INDUSTRIAL ZONE, LLC,

Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

February 8, 2019

PER CURIAM.

Affirmed. *See Malley v. Clay County Zoning Comm'n*, 225 So. 2d 555 (Fla. 1st DCA 1969); *see also* § 166.041(7), Fla. Stat. (2012).

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Joseph W. Little, Gainesville, for Appellant.

S. Scott Walker, Courtney Wilson Johnson, and Patrice Boyes, Gainesville, for Appellees.